|  | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | **FILED & ENTERED**<br><br>MAR 15 2011<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY queen    DEPUTY CLERK |

| In re:<br>Armando Rivas,<br><br>Elissa Miller (TR) | CHAPTER: 7 |
|---|---|
| | CASE NO.: 2:10-bk-62756-BB |
| Debtor(s). | DATE: March 15, 2011<br>TIME: 10:00 AM |
| Trustee. | CTRM: 1475<br>FLOOR: |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT:   U.S. Bank, N.A., Successor in interest to the FDIC as receiver for Downey Savings and Loan association, F.A. )

1. The Motion was:   ☐ Contested    ☒ Uncontested   ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):
   *Street Address:*   7656 Hornbill Avenue
   *Apartment/Suite No.:*
   *City, State, Zip Code:*   San Diego, CA 91915

   Legal description or document recording number (including county of recording):

   ☒ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☒ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a.   ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b.   ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c.   ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:
   ☒ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.
   ☒ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local goverrnmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:
    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d. ☐ See attached continuation page for additional provisions.

Dated: 03/15/2011

_____
UNITED STATES BANKRUPTCY JUDGE

Order No. 06-2767124 - A

### EXHIBIT "ONE"

**2027**

Lot 227 of El Dorado Unit No. 4, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 4770, filed in the Office of the County Recorder of San Diego County, May 19, 1961.

Assessor's Parcel No: 677-144-20

Order No. 06-2767124 - A

### EXHIBIT "ONE"

2027

Lot 227 of El Dorado Unit No. 4, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 4770, filed in the Office of the County Recorder of San Diego County, May 19, 1961.

Assessor's Parcel No: 677-144-20

2

(Rev. 11/17/04)

EXHIBIT 1